# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CHRISTOPHER HEFFLIN,** | ) |
| **Petitioner,** | ) |
| vs. | ) CIVIL NO. 05-723-MJR |
| **UNITED STATES of AMERICA,** | ) |
| **Respondent.** | ) |

## MEMORANDUM AND ORDER

**REAGAN, District Judge:**

Petitioner brings this habeas corpus action pursuant to 28 U.S.C. § 2241. In this action, Petitioner challenges the manner in which the Bureau of Prisons interprets 18 U.S.C. § 3624(b) to calculate good conduct credit. However, the Seventh Circuit has upheld the Bureau's method of calculating good conduct credit. *White v. Scibana*, 390 F.3d 997, 1003 (7th Cir. 2004). *See also Pacheco-Camacho v. Hood*, 272 F.3d 1266 (9th Cir. 2001).

Therefore, the petition for writ of habeas corpus is **DENIED**, and this action is **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

**DATED this 2nd day of February, 2006.**

                                                **s/ Michael J. Reagan**
                                                **MICHAEL J. REAGAN**
                                                **United States District Judge**